| | | | |
|---|---|---|---|
| State v. Kebert | 112,287 | Denied ............ 07/07/2016 | Unpublished |
| State v. Kennedy | 112,919 | Denied ............ 03/31/2016 | Unpublished |
| State v. Kern | 112,263 | Denied ............ 03/28/2016 | Unpublished |
| State v. Kilbourne | 112,160 | Denied ............ 03/31/2016 | Unpublished |
| State v. Kindsvater | 113,843 | Denied ............ 07/15/2016 | Unpublished |
| State v. King | 111,786 | | |
| | 111,787 | Denied ............ 03/28/2016 | Unpublished |
| State v. Kneisel | 111,544 | Denied ............ 06/21/2016 | Unpublished |
| State v. Koelsch | 113,085 | Denied ............ 03/31/2016 | Unpublished |
| State v. Krahmer | 112,032 | Denied ............ 03/31/2016 | Unpublished |
| State v. Kreiter | 112,607 | Denied ............ 07/22/2016 | Unpublished |
| State v. Lacy | 111,832 | Denied ............ 06/21/2016 | Unpublished |
| State v. Laicer | 112,087 | Denied ............ 03/31/2016 | Unpublished |
| State v. Langdon | 113,298 | Denied ............ 07/15/2016 | Unpublished |
| State v. Leshore | 112,284 | Denied ............ 07/22/2016 | Unpublished |
| State v. Lilley | 112,149 | Denied ............ 03/31/2016 | Unpublished |
| State v. Logan | 112,355 | Denied ............ 07/07/2016 | Unpublished |
| State v. Long | 111,720 | Denied ............ 04/21/2016 | Unpublished |
| State v. Maberry | 110,088 | Denied ............ 04/21/2016 | Unpublished |
| State v. Mackey | 111,696 | Denied ............ 03/28/2016 | Unpublished |
| State v. Maitho | 108,306 | Denied ............ 06/21/2016 | Unpublished |
| State v. Martinez | 107,025 | Denied ............ 03/28/2016 | Unpublished |
| State v. Martinez | 112,587 | Denied ............ 07/22/2016 | Unpublished |
| State v. McClellan | 111,835 | Denied ............ 04/21/2016 | Unpublished |
| State v. McCoy | 110,827 | Denied ............ 04/21/2016 | Unpublished |
| State v. McIntyre | 111,634 | Denied ............ 03/28/2016 | Unpublished |
| State v. Miles | 110,511 | Denied ............ 04/21/2016 | Unpublished |
| State v. Miller | 111,734 | Denied ............ 03/28/2016 | Unpublished |
| State v. Miller | 111,830 | Denied ............ 06/21/2016 | Unpublished |
| State v. Montgomery | 108,164 | Granted in part; vacated in part; remanded to Ct. of App. ..... 04/21/2016 | Unpublished |
| State v. Moore | 109,553 | Denied ............ 04/21/2016 | Unpublished |
| State v. Moore | 110,706 | Denied ............ 06/21/2016 | Unpublished |
| State v. Morales | 113,730 | Denied ............ 06/21/2016 | 52 Kan. App. 2d 179 |
| State v. Mpofu | 111,393 | Denied ............ 03/28/2016 | Unpublished |
| State v. Munoz | 111,681 | Denied ............ 03/28/2016 | Unpublished |
| State v. Muns | 112,926 | Denied ............ 07/07/2016 | Unpublished |
| State v. Murdoch | 112,089 | Denied ............ 03/31/2016 | Unpublished |
| State v. Naughton | 111,839 | Denied ............ 06/21/2016 | Unpublished |
| State v. Naughton | 112,103 | Denied ............ 07/07/2016 | Unpublished |
| State v. Nur | 110,730 | Denied ............ 06/21/2016 | Unpublished |
| State v. Obregon | 106,123 | Denied ............ 05/12/2016 | Unpublished |
| State v. Olds | 112,576 | Denied ............ 07/22/2016 | Unpublished |
| State v. Osorio | 111,901 | Denied ............ 06/21/2016 | Unpublished |